# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Zachary Weyer

                                        Plaintiff,

v.                                                                         Case No.: 1:17–cv–03621
                                                                              Honorable Matthew F. Kennelly

SAIA Motor Freight Line, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and ruling on motion hearing held on 11/27/2018. Motion for summary judgment [77] is denied for reasons stated in open court. Deadline for plaintiff's damages Rule 26(a)(2) disclosures is extended to 1/15/2019; depositions to be taken by 2/28/2019. Deadline for defendant's damages Rule 26(a)(2) disclosures is extended to 3/31/2019; depositions to be taken by 4/30/2019. Final pretrial order is to be filed by 5/24/2019. Final Pretrial Conference set for 5/30/2019 at 3:30 p.m. Status hearing is set for 1/9/2019 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.