# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Zachary Weyer

                          Plaintiff,

v.                                             Case No.: 1:17–cv–03621
                                            Honorable Matthew F. Kennelly

SAIA Motor Freight Line, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case called for jury trial. Settlement reached. Case is dismissed without prejudice. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.